# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv250

| | |
|---|---|
| JAMES LE, )<br>)<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>UNITED STATES POSTAL SERVICE, )<br>)<br>    Defendant. )<br>)<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss [Doc. 2] and the Plaintiff's Objection [Doc. 7] to the Memorandum and Recommendation [Doc. 6] of Magistrate Judge Carl Horn, III. Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the undersigned referred the Defendant's Motion to Dismiss [Doc. 2] to the Magistrate Judge for a recommendation as to disposition of this motion. For the reasons set forth below, the Court hereby adopts the Magistrate Judge's Memorandum and Recommendation [Doc. 6] in its entirety.

A party may file written objections to a magistrate judge's memorandum and recommendation within ten days after being served with a copy of the recommended disposition. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Such objections must be made "with sufficient specificity so as reasonably to alert the district court of the true ground for the objection." United States v. Midgette, 478 F.3d 616, 621 (4th Cir.), cert. denied, 127 S.Ct. 3032, 168 L.Ed.2d 749 (2007). The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge to which no objections have been raised. Thomas v. Arn, 474 U.S. 140, 150, 106 S.Ct. 466, 472, 88 L.Ed.2d 435 (1985).

In the present case, the Plaintiff, proceeding *pro se*, filed an Objection to the Magistrate Judge's Memorandum and Recommendation, consisting of one sentence in which the Plaintiff states that he does not want the Court to dismiss this case. [Doc. 7]. Attached to this filing are copies of what appear to be the Plaintiff's credit card billing statements and correspondence with his credit card company. The Plaintiff makes no specific objection to the Magistrate Judge's Recommendation that this action against the United States Postal Service be dismissed based on sovereign immunity, and he does not cite any specific error in the

Magistrate Judge's proposed findings and recommendations. The Court need not conduct a *de novo* review where a party makes only "general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982). The Court has reviewed the findings and conclusions set forth in the Magistrate Judge's Memorandum and Recommendation [Doc. 6] and concludes that these findings and conclusions are correct. For the reasons stated in the Memorandum and Recommendation [Doc. 6], the Court concludes that the Plaintiff's Complaint [Doc. 1-2] must be dismissed as a matter of law.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Magistrate Judge's Memorandum and Recommendation [Doc. 6] filed July 2, 2007 is hereby **ADOPTED**, and the Plaintiff's Objection [Doc. 7] to the Magistrate Judge's Memorandum and Recommendation [Doc. 6] is **OVERRULED**.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Dismiss [Doc. 2] is **GRANTED**, and the Plaintiff's Complaint [Doc. 1-2] is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: August 12, 2008

Martin Reidinger
United States District Judge